# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

OLIVER MAIZE

NO. 2020 KW 1239

**FEB 1 8 2021'**

---

In Re:   Oliver Maize, applying for supervisory writs, 32nd
         Judicial District Court, Parish of Terrebonne, No.
         186408.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

                         **VGW**
                         **JEW**
                         **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_a.s._

---
DEPUTY CLERK OF COURT
    FOR THE COURT